IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DAVID SILVER**,

    Plaintiff,

vs.                                            No. 11cv0256 BB/KBM

**DENNIS R. GLASS, WILLIAM J. AVERY,
DENNIS L. SCHOFF, PATRICK S. PITTARD,
ISAIAH TIDWELL, DAVID A. STONECIPHER,
WILLIAM PORTER PAYNE, ERIC G. JOHNSON,
M. LEANNE LACHMAN, WILLIAM H. CUNNINGHAM,
GEORGE W. HENDERSON III, MICHAEL F. MEE,
MARCIA J. AVEDON, J. PATRICK BARRETT
and JAMES S. TURLEY,**

    Defendants.

## FINAL JUDGMENT

The Court having contemporaneously granted the Defendants' motions to dismiss in a separate document, the Court now enters its final judgment pursuant to FED. R. CIV. P. 58(a).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment is entered in favor of Defendants and that all of the Plaintiff's claims against the Defendants are **DISMISSED WITH PREJUDICE**.

                                                 _____
                                                 **CHIEF UNITED STATES DISTRICT JUDGE**