IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO

11 JUL 28 PM 2: 03

**Plaintiff, Petitioner – Appellant**
**DAVID SILVER,** *pro se*

Case No. 00256 BB/KBM

v.

**Defendants, Respondents—Appellees**

DENNIS R. GLASS, WILLIAM J. AVERY,
DENNIS L. SCHOFF, PATRICK S. PITTARD,
ISAIAH TIDWELL, DAVID A. STONECIPHER,
WILLIAM PORTER PAYNE, ERIC G. JOHNSON,
M. LEANNE LACHMAN, WILLIAM H. CUNNINGHAM,
GEORGE W. HENDERSON III, MICHAEL F. MEE,
MARCIA J. AVEDON, J. PATRICK BARRETT AND
JAMES S. TURLEY

## NOTICE OF APPEAL OF A FINAL JUDGMENT BY JUDGE BRUCE D. BLACK IN CIV. 00256 BB/KBM U.S. DISTRICT COURT FOR NEW MEXICO

Appellant files this Notice of Appeal from a final judgment by Judge Bruce D. Black in Civ. 00256 BB/KBM under 28 U.S.C.A. sec. 1291.

A filing fee in the form of a cashiers check made payable to the U.S. District Court of New Mexico in the amount of $455.00 is enclosed herewith.

Appellant requests that the Clerk of the U.S. District Court of New Mexico notify counsel for Appellees, as follows:

Elizabeth Deeley
Kirkland & Ellis, LLP
555 California Street
27th Floor
San Francisco, CA 94104

Charles Peifer

Peifer, Hanson & Mullins, P.A.
P.O. Box 25245
Albuquerque, NM 87125

Andrew G. Schultz
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103

Respectfully submitted,

David Silver, *pro se*
4001 Office Court Drive
Suite 604
Santa Fe, NM 87507
505-474-7773

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Notice of Appeal to the Defendants through their attorneys at the addresses below on July 27, 2011 and faxed as back-up copies where those addresses were known:

Andrew G. Schultz
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
505-765-5900
Fax: 505-768-7395

Elizabeth L. Deeley
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
415-439-1400
Fax: 405-439-1500

Charles L. Peifer
Lauren Keefe
Peifer, Hanson & Mullins, P.A.
P.O. Box 25245
Albuquerque, NM 87125

David Silver

